United States District Court
Southern District of Texas
**ENTERED**
June 29, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

LAWRENCE NEASE, and
STEVE BELL,

    Plaintiffs,

v.                                        Case No.: 4:17-cv-258

CENTERLINE UNDERGROUND SERVICES, LLC
and DAVE MASSEY,

    Defendants.
_____/

## ORDER ON NOTICE OF DISMISSAL WITH PREJUDICE

On this day, came on to be heard the Notice of Dismissal with Prejudice filed by the Plaintiff.

IT IS ORDERED, that the claims of LAWRENCE NEASE and STEVE BELL are hereby dismissed, **with prejudice**, each Party bearing their own attorney's fees and costs. The Clerk is hereby ordered to close this file.

Signed this 29th day of June, 2017.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE